NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RENU B. LAL,**
*Petitioner*

**v.**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES,**
*Respondent*

---

2021-2330

---

Petition for review of the Merit Systems Protection Board in No. AT-0752-18-0564-I-4.

---

## JUDGMENT

---

GEORGE CHUZI, Kalijarvi, Chuzi, Newman & Fitch, PC, Washington, DC, argued for petitioner.

SONIA W. MURPHY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by REGINALD THOMAS BLADES, JR., BRIAN M. BOYNTON, PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, HUGHES and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 9, 2022      /s/ Peter R. Marksteiner
Date                       Peter R. Marksteiner
                             Clerk of Court